1
2
3
4
5
6                  IN THE UNITED STATES BANKRUPTCY COURT

7                       FOR THE DISTRICT OF ARIZONA

8
9
10    In Re                                    Chapter 7

11    GARY LYLE & ROBERTA JEAN                 Case No. 05-24086
      CHRISTIAN,
12
            Debtors.                           ORDER INCORPORATING
13                                             MEMORANDUM DECISION DATED
                                               DECEMBER 13. 2006
14
15
16
17          Based upon this Court's Memorandum Decision dated December 13, 2006, which

18    is incorporated herein by reference:

19          IT IS ORDERED that the Trustee's Objection to Exemptions is SUSTAINED.

20    The Debtors' assertion of a homestead exemption in the Property, or the proceeds therefrom, is

21    disallowed.

22
23          DATED this 13th day of December, 2006.

24
25
26                                             Honorable Sarah Sharer Curley
                                               U. S. Bankruptcy Judge
27
28
      BNC TO NOTICE